| | |
|---|---|
| MARK DONNELLY, | No. |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | (King County Superior Court, Case No. 19-2-09015-4 KNT) |
| ATDEC DISTRIBUTION USA PTY. LIMITED, | Action Filed: April 2, 2019 |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AND TO PLAINTIFFS AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Atdec Distribution USA Pty Limited ("Atdec") hereby removes this case, originally filed in King County Superior Court under King County Cause No. 19-2-09015-4 to the United States District Court for the Western District of Washington ("King County Action"). Atdec removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, on the grounds set forth below.

On or about April 2, 2019, Plaintiff Mark Donnelly ("Plaintiff") filed a Complaint in the King County Action, a copy of which is attached hereto as Attachment A. Atdec was served with the Complaint on April 2, 2019. Plaintiff's Complaint asserts causes of action for breach of contract and breach of the duty of good faith and fair dealing. *See* Compl. ¶¶ 18-29. Atdec is

NOTICE OF REMOVAL - 1

entitled to remove this action because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

## I. ORIGINAL JURISDICTION—DIVERSITY OF CITIZENSHIP

### A. Amount in Controversy.

Plaintiff claims that Atdec has breached a purported contract between the parties. While Atdec denies any liability as to Plaintiff's claims, the amount in controversy requirement is satisfied because Plaintiff seeks "no less than $450,000" in damages. *See* Compl., Request for Relief. As such, the amount in controversy, as alleged in the Complaint, exceeds the jurisdictional minimum of $75,000. *See* 28 U.S.C. §§ 1332, 1446(c)(2).

### B. Citizenship.

Where the amount in controversy is satisfied, district courts have original jurisdiction in matters between "citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(2). Diversity jurisdiction requires complete diversity between each defendant and each plaintiff. *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 & n.3, 117 S. Ct. 467, 136 L. Ed. 2d 437 (1996); *see also Faysound Ltd. v. United Coconut Chems., Inc.*, 878 F.2d 290, 294-95 (9th Cir. 1989). For diversity purposes, a person is a "citizen" of the state in which he or she is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). A party's residence may be "prima facie" evidence of domicile. *See State Farm Mut. Auto Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994). Here, Plaintiff is a resident of Colorado. *See* Compl. ¶ 1. In 2009, Plaintiff listed his address in the "Share Option Deed," which forms the basis of Plaintiff's claims in this action, as located in Colorado. As such, he has been a resident of Colorado for nearly ten years, and is thus a citizen of Colorado.

Atdec is a corporation organized under the laws of Australia with its principal place of business located in New South Wales, Australia. Declaration of Jerome Green ¶¶ 2-3, attached hereto as Exhibit A; *see also* Compl. ¶ 2. A "'corporation of a foreign State is, for purposes of jurisdiction in the courts of the United States, to be deemed, constructively, a citizen or subject

101650714.2 0070171-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

of such State.'" *JPMorgan Chase Bank v. Traffic Stream (BVI) Infrastructure Ltd.*, 536 U.S. 88, 91, 122 S. Ct. 2054, 153 L. Ed. 2d 95 (2002) (citation omitted). Accordingly, Atdec is a citizen of Australia.

Complete diversity is present, as Atdec is a foreign citizen and Plaintiff is a citizen of the United States and a citizen of Colorado. *See* 28 U.S.C. § 1332(a)(2).

## II. VENUE

Venue lies in this district pursuant to 28 U.S.C. § 1441(a), as Plaintiff originally brought this action in King County Superior Court. Venue is therefore proper in this judicial district. Seattle is the proper division for the matter pursuant to Local Civil Rule 3(e).

## III. TIMELINESS OF REMOVAL

Defendant Atdec was served with the Complaint on April 2, 2019. This Notice of Removal is timely because it is filed within thirty days after service of the Complaint. 28 U.S.C. § 1446(b); *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999) (30-day deadline to remove commences upon service of summons and complaint).

## IV. ATDEC HAS SATISFIED THE REMAINING PROCEDURAL REQUIREMENTS

Atdec will file a Verification of State Court Records and Proceedings pursuant to Local Civil Rule 101(c) (and 28 U.S.C. § 1446(a)) enclosing copies of all documents filed in the King County Action, including all process, pleadings, and orders served upon Atdec in the action.

Promptly after or concurrent with the filing of this Notice of Removal, Atdec will give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the King County Superior Court, as required by 28 U.S.C. § 1446(d).

The removal of this action terminates all potential proceedings in King County Superior Court. *See* 28 U.S.C. § 1446(d).

101650714.2 0070171-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

By filing this Notice of Removal, Atdec does not waive, and expressly reserves, any defenses which may be available.

WHEREFORE, Atdec prays that this civil action be removed from the King County Superior Court to the United States District Court for the Western District of Washington at Seattle.

DATED: May 2, 2019.

STOEL RIVES LLP

*/s/ Todd A. Hanchett*
Todd A. Hanchett, WSBA No. 33999
STOEL RIVES LLP
760 SW 9th Ave., Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480
Email: todd.hanchett@stoel.com

*/s/ Jenna M. Poligo*
Jenna M. Poligo, WSBA No. 54466
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: jenna.poligo@stoel.com

*Attorneys for Defendant*

NOTICE OF REMOVAL - 4

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties appearing in this case:

Blake Marks-Dias, WSBA No. 28169
Corr Cronin Michelson Baumgardner Fogg & Moore LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154
Email: bmarksdias@corrcronin.com

Todd T. Williams, WSBA No. 45032
Corr Cronin Michelson Baumgardner Fogg & Moore LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154
Email: twilliams@corrcronin.com

Dated: May 2, 2019

*/s/ Todd A. Hanchett*
Todd A. Hanchett, WSBA No. 33999
STOEL RIVES LLP
760 SW 9th Ave., Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480
Email: todd.hanchett@stoel.com

Jenna M. Poligo, WSBA No. 54466
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: jenna.poligo@stoel.com

CERTIFICATE OF SERVICE - 1