UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK DONNELLY,<br><br>   Plaintiff,<br><br>v.<br><br>ATDEC DISTRIBUTION USA PTY. LIMITED,<br><br>   Defendant. | No.<br><br>DECLARATION OF JEROME GREEN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |

I, Jerome Green, declare as follows:

1. I am the Chief Executive Officer of Atdec Distribution USA Pty. Limited ("**Atdec**"). I am over the age of 18 and am competent to testify to the matters set forth in this declaration. I make this declaration based on personal knowledge and on my review of files and records maintained and relied upon by Atdec in the ordinary course of its business, which records contain information and data entered at or near the time of the events to which they relate, by persons with knowledge of the information or data being recorded.

2. Atdec is a private corporation organized and registered under the laws of Australia.

3. Atdec's principal place of business is located in New South Wales, Australia.

DECLARATION OF JEROME GREEN IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

1  I declare under the penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3  Signed this 1ST day of MAY, 2019 at SUITE 3, LEVEL 2, 16 GIFFNOCK AVE, MACQUARIE PARK, NSW 2013 AUSTRALIA

*Jerome Green*

NOTICE OF REMOVAL - 2